IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,         )
                                  )
                    Plaintiff,    )
                                  )
    vs.                           )
                                  )
DOROTHY SAMANTHA DELAY-WILSON,    )
                                  )       No. 3:11-cr-0011-HRH
                    Defendant.    )
_____)
```

O R D E R

Case Status

The court is in receipt of the parties' joint report regarding discovery, motion practice, and a deposition.[1]  The schedule set forth in this joint report is approved.

Because this case has been declared complex and a trial date far outside the usual Speedy Trial Act parameters (April 2, 2012) has been approved, counsel must understand that a continuance of the foregoing trial date beyond April 2, 2012, would be highly unlikely.  Accordingly, it will also be necessary that counsel adhere to the motion schedule which the court has approved and not seek a continuance for motion practice that would cause matters to pile up and/or encroach upon the four to six weeks prior to trial which the court intends the parties to have available for final trial preparation.

---

[1] Docket No. 19.

The parties have reported that there is still outstanding discovery. The plaintiff will please provide the court with an updated report as to the status of discovery on or before August 15, 2011. The plaintiff will please exercise its best efforts to effect completion of discovery at the earliest possible time so that ongoing discovery will not disrupt the motion schedule.

DATED at Anchorage, Alaska, this <u>10th</u> day of May, 2011.

<u>s/ H. Russel Holland</u>
United States District Judge
