KAREN L. LOEFFLER
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: aunnie.steward@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:11-cr-00011-HRH |
| Plaintiff, | ) ) ) | **MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY STATUS UPDATE** |
| vs. | ) ) | |
| DOROTHY SAMANTHA DELAY-WILSON, | ) ) ) | **[FILED ON SHORTENED TIME]** |
| Defendant. | ) ) ) ) | |

COMES NOW the government, by and through undersigned counsel, and hereby files a Motion for Extension of Time to File Discovery Status Update on shortened time.

The Court at Docket No. 20 ordered the filing of an update to discovery status by the government by August 15, 2011.  The undersigned believes the government to be current on its discovery obligations.  However, to be certain regarding the current status of discovery the undersigned needs to consult with a legal assistant and a case agent, both of whom are currently unavailable for consultation, and the undersigned is unavailable Monday through Wednesday of next week.  Consequently, the undersigned requests an extension to August 19, 2011, to provide a more detailed response.  A message was left for counsel for the defendant on August 11, 2011, but the undersigned was unable to obtain a response to this request prior to filing this pleading.

RESPECTFULLY SUBMITTED this 12th day of August, 2011, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Andrea T. Steward
ANDREA T. STEWARD
Assistant U.S. Attorney
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2011 a copy
of the foregoing was served electronically on:

Micahel D. Dieni, Esq.

s/ Andrea T. Steward
Office of the U.S. Attorney