KAREN L. LOEFFLER
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: aunnie.steward@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:11-cr-00011-HRH |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISCOVERY** |
| | ) | **STATUS UPDATE** |
| vs. | ) | |
| | ) | |
| DOROTHY SAMANTHA DELAY-WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW the government, by and through undersigned counsel, and hereby files a Notice of Discovery Status Update.

The government is currently up to date on its discovery obligations. In the normal course of trial preparation, and responding to defenses as they are fleshed

out, it is possible that additional discovery will be made. However, at this time there is nothing outstanding of which the government is aware, the exception being discovery related to testifying witnesses such as <u>Jencks</u> material as previously discussed in the schedule set out by the parties.

RESPECTFULLY SUBMITTED this 19th day of August, 2011, in Anchorage, Alaska.

                                                KAREN L. LOEFFLER
                                                United States Attorney

                                                <u>s/ Andrea T. Steward</u>
                                                ANDREA T. STEWARD
                                                Assistant U.S. Attorney
                                                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2011 a copy
of the foregoing was served electronically on:

Michael D. Dieni, Esq.

<u>s/ Andrea T. Steward</u>
Office of the U.S. Attorney