IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:11-cr-00011-HRH-DMS |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **GOVERNMENT'S RESPONSE** |
| vs. | ) | **REQUESTING THAT** |
| | ) | **DEFENDANT'S MOTION TO** |
| DOROTHY SAMANTHA | ) | **SUPPRESS (Docket No. 38) BE** |
| DELAY-WILSON, | ) | **HELD IN ABEYANCE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court hereby grants the government's request to hold the defendant's Motion to Suppress at Docket 38 in abeyance until February 23, 2012, the time currently scheduled for a change of plea in this case.  If the change of plea does not go through as currently scheduled, the government will file any additional briefing regarding the defendant's motion at Docket 38 on February 24, 2012.  If the defendant's change of plea occurs as currently scheduled, the motion at Docket 38 will be moot.

IT IS SO ORDERED.

DATE: 2/16/2012                                    S/ DEBORAH M. SMITH
                                                                  U.S. MAGISTRATE JUDGE