MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   DOROTHY SAMANTHA DELAY-WILSON
CASE NO.     3:11-CR-00011-HRH
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:        H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES' ATTORNEY:     ANDREA STEWARD

DEFENDANT'S ATTORNEY:        MICHAEL D. DIENI

U.S.P.O.:                    CHARLENE HENSEL

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING
             HELD FEBRUARY 23, 2012:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant stated true name: Same as above          Age:  65

 X Defendant changed pleas to guilty on counts 1s, 6s, 8s, 21s,
24s, 25s of the First Superseding Indictment.  Counts 2s-5s, 7s,
9s, 10s-20s, 22s-23s, and 26s of the First Superseding Indictment
to be Dismissed at sentencing.

 X Court accepted pleas. Referred to P.O. for Presentence Report.

 X Court reserved acceptance of the plea agreement.

 X Imposition of Sentence set for **May 16, 2012 at 1:30 p.m.**
Final Pretrial Conference set March 23, 2012 at 8:30 a.m. is
**VACATED.**  Trial by Jury set April 2, 2012 at 9:00 a.m. is
**VACATED.**

 X Defendant's detention continued pending sentencing.

 X OTHER: Court and counsel heard re parties stipulation that the
$1,800.00 cash confiscated from the defendant's purse will be
returned to the defendant after sentencing.

At 9:41 a.m. court adjourned.

DATE:      February 23, 2012     DEPUTY CLERK'S INITIALS:    CME

Revised 9-28-09