BRYAN SCHRODER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building &amp; U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:11-CR-00011-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOROTHY SAMANTHA DELAY-WILSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO RELEASE PFD FUNDS**

COMES NOW the United States of America, by and through undersigned counsel,

and hereby moves this August 31, 2018 a Writ of Execution was issued pursuant to

Alaska Statute 43.23.065(d) attaching the defendant's Alaska Permanent Fund Dividend

(hereinafter "PFD") payment for 2018.

1.     Alaska Statute 43.23.065(d) absolves plaintiff from the service requirement to notify the debtor of the Writ of Execution.  The State of Alaska, Department of Revenue (hereinafter "Department of Revenue") automatically notifies the debtor of the garnished PFD funds at the time the funds are remitted to this Court.

2.     The Department of Revenue has provided the Court with a schedule of case numbers, named defendants, and amounts of money which it has disbursed to the Clerk of Court upon writs of execution issued in the listed cases.

3.     Pursuant to the execution of the Writ of Execution, on or about October 29, 2018, the Department of Revenue has remitted to the Clerk of Court in the above captioned action and as to the defendant the sum of $1584.00  Subsequently, the dividend monies have been deposited into the Court Registry.

4.     More than thirty (30) days have elapsed since notification from the Department of Revenue to the defendant of their right to object.  As of the date of this motion, no objection has been filed.  The defendant's right to object is now in default.

WHEREFORE, plaintiff requests the attached monies in the amount of $1584.00 currently held in the Court Registry be released and applied to the defendant's unpaid

//

//

//

//

criminal monetary impositions pursuant to 18 U.S.C. § 3612(c).  The defendant currently

owes $5,235,262.06 on the judgment in this case.

      RESPECTFULLY SUBMITTED this 27th day of November, 2019, at Anchorage,

Alaska.

                      BRYAN SCHRODER
                      United States Attorney

                      s/ Richard L. Pomeroy
                      RICHARD L. POMEROY
                      Assistant U.S. Attorney
                      United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2019 a true
and correct copy of the foregoing was served
via U.S. first class mail on the following:

Dorothy Samantha Delay-wilson
3006 Eureka Street
Anchorage, Ak 99503

s/ Richard L. Pomeroy
Office of the U.S. Attorney