BRYAN WILSON
Acting United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: steven.skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:11-CR-00011 HRH |
| Plaintiff, | |
| vs. | |
| DOROTHY SAMANTHA DELAY-WILSON, | **PLAINTIFF'S MOTION FOR ORDER TO RELEASE FUNDS PURSUANT TO WRIT OF GARNISHMENT** |
| Defendant. | |

Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, hereby moves this Court to order the release of funds currently in the possession of garnishee North Star Law Group Trust Account.

1. On or about January 5, 2021, a Writ of Garnishment was issued in this action attaching property owned by and/or owed to the defendant-debtor which was in the custody of garnishee North Star Law Group Trust Account.

2. On February 1, 2021, Plaintiff served defendant with the Plaintiff's Application for Garnishment, Clerk's Notice, Notice and Instructions to Claim Exemptions, Claim of Exemptions and Request for Hearing form, and Plaintiff's Notice. Plaintiff's Certification of Service and accompanying proof of certified mail service has been filed with the Clerk.

3. More than twenty (20) days have elapsed since Plaintiff served notice upon the defendant, and the garnishee has filed an Answer stating that it is in possession of non-exempt property owed to the defendant. Defendant has failed to file any claim, objection, or other pleading in opposition to Plaintiff's garnishment. Pursuant to 28 U.S.C. § 3205(c)(7), defendant's right to object to Plaintiff's attachment of the funds is now in default.

WHEREFORE, Plaintiff hereby requests this Court to issue an order directing that property described as $38,440.14, minus reasonable attorney's fees, currently held by the garnishee be released by check made

//
//
//
//

2

Case 3:11-cr-00011-HRH  Document 131  Filed 03/11/21  Page 2 of 3

payable to the "Clerk of Court" and delivered to the 222 West 7th Avenue, #4, Anchorage, Alaska, 99513-7564.

RESPECTFULLY SUBMITTED this 11th day of March, 2021, at Anchorage, Alaska.

                                        BRYAN WILSON
                                        Acting United States Attorney

                                        /s/ Steven E. Skrocki
                                        STEVEN E. SKROCKI
                                        Assistant U.S. Attorney
                                        United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2021, a true and correct copy of the foregoing was served via U.S. first class mail on the following:

Dorothy Samantha Delay-Wilson
1114 Latouche St., Unit A
Anchorage, AK 99501

North Star Law Group Trust Account
4300 B Street, Ste. 206
Anchorage, AK 99503

s/ Steven E. Skrocki
Office of the U.S. Attorney

3