IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                         Plaintiff,   )<br>                                                      )<br>    vs.                                             )<br>                                                      )<br>DOROTHY SAMANTHA DELAY-WILSON,   )<br>                                                      )<br>                         Defendant.   )<br>_____)  | No. 3:11-cr-0011-HRH |

O R D E R

Case Status

Pending before the court is plaintiff's motion to deny defendant's claim of exemption with respect to funds which are held by a writ of garnishment.[1]  As of the date of this order, no response to this motion has been filed.

Plaintiff applied for and a writ of garnishment was issued on January 5, 2021, based upon the defendant's unsatisfied restitution obligation.[2]  The garnishee, North Star Law Group Trust Account, filed its answer on January 12, 2021.[3]  The garnishee advised that it

---

[1]Docket No. 133.

[2]Docket No. 109.

[3]Docket No. 128.

Order – Case Status                                                                                                              - 1 -

had possession of $38,440.14 in funds "in which the defendant-debtor individually or through her interest in DSDW Innovative Solutions, LLC, maintains an interest[.]"[4] Plaintiff then moved for an order releasing the funds in question to the clerk of court.[5] By order of April 7, 2021,[6] the court ordered the funds to be deposited in the registry of the court pending further order of the court.

    Defendant responded to the garnishee's answer with her claim of exemptions and request for hearing.[7] Defendant appended to her claim of exemptions two letters addressed to counsel for plaintiff, one from defendant herself[8] and the other from Ms. Rebecca Gagnon.[9] In responding to the garnishee's answer, defendant employed the exemption form with which she was provided by plaintiff. That form really does not fit the circumstances which are suggested by the correspondence to the United States Attorney that preceded defendant's claim of exemptions. The essence of defendant's claim of exemptions is that the money in question belongs to Ms. Gagnon, not defendant.

    In plaintiff's motion to deny defendant's claim of exemption, plaintiff aptly points out that there is no statutory exemption that would insulate the funds in question from garnishment; but that is not the problem now before the court. Plaintiff argues that defendant is the owner of the money in question, and that she is "the only person with a claim to the

---

    [4]Id. at 1.

    [5]Docket No. 131.

    [6]Docket No. 134.

    [7]Docket No. 132.

    [8]Letter of March 3, 2021, from defendant Delay-Wilson to U.S. Attorney, Docket No. 132 at 3-5.

    [9]Letter of February 15, 2021, from R.Gagnon to U.S. Attorney, Docket No. 132 at 6-7.

property after DSDW's [DSDW Innovative Solutions, LLC] dissolution." But defendant's letter to the United States Attorney as well as Ms. Gagnon's letter to the United States Attorney both state that defendant was merely helping a friend when she took title to certain real estate, the sale of which gave rise to the money which has been garnished. The correspondence suggests that defendant paid nothing for the property that was transferred to her, and that she had no interest in the proceeds derived from the foreclosure sale of that property.

The court declines to decide plaintiff's motion to deny defendant's claim of exemption until Ms. Gagnon – who may have a real interest in these proceedings – has been given an opportunity to state her claim (if she believes she has one) with respect to the funds in question. Counsel for the United States will please serve Rebecca Gagnon by certified mail:

> Ms. Rebecca Gagnon
> 4433 San Ernesto Ave. #112
> Anchorage, AK  99508

with copies of the following documents:

(1) the writ of garnishment served upon the North Star Law Group trust account;

(2) garnishee's answer to the writ;

(3) the order releasing funds (Motion for Release of Funds Pursuant to Writ of Garnishment, Apr. 7, 2021);

(4) defendant's claim for exemptions;

(5) plaintiff's motion to deny defendant's claim for exemptions; and

(6) a copy of this (case status) order.

Ms. Gagnon's response, if any, to plaintiff's motion to deny defendant's claim of exemption shall be served upon the United States Attorney by mail and filed with the court on or before **May 6, 2021**.

DATED at Anchorage, Alaska, this 8th day of April, 2021.

/s/ H. Russel Holland
United States District Judge

cc: Dorothy Samantha Delay-Wilson
1114 Unit A Latouche Street
Anchorage, AK 99504

Ms. Rebecca Gagnon
4433 San Ernesto Ave. #112
Anchorage, AK 99508