IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| U.S.A.<br>   Plaintiff,<br>vs.<br>DOROTHY SAMANTHA DELAY-WILSON<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

RECEIVED
MAY 04 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Case No. 3:11-cr-0011-HRH

## REBECCA GAGNON RESPONSE TO COURT ORDER DATED APRIL 8, 2021

I, Rebecca Gagnon, am filing this document in accord with the Judge's Order dated April 8, 2021. As I explain below, the money at issue belongs to me. Dorothy Samantha Delay-Wilson never paid anything for the at-issue property and was only doing me a favor by holding title to my property while I waded through the fallout from my divorce. There is no reason that I should now lose all of my money from this foreclosure sale simply because Dorothy ended up in some complicated legal mess with the U.S.A.

I will start from the beginning of why I did what I did.

In my divorce from Frank Gagnon (who was unfaithful with several women), in 2005, I lost everything and he took everything from me. I never had a lawyer because I was broke and I thought we would just split everything down the middle, I WAS WRONG! By the time Frank got done with me in my divorce, I did not get anything except $18,000 in credit card debts and I didn't even receive any Alimony! I worked hard and I paid these off by myself, working 2 jobs. Mr. Gagnon sold our house and everything else we had together and he kept all the money (about $500,000 plus, for the house), plus the total sale of the property $100,000.00.

I was left without anything and I have been taking care of myself and parents (now passed) and doing the best I can, WHICH is a damn good job!

The one thing I did get in this divorce was a ½ interest in the at-issue land that was foreclosed on. I was to get 1/2 the land and the Gillmers was to get the other half and they were supposed to make the monthly payments to Mr. Gagnon. I was not supposed to make any payments. I did not get any of the money Mr. Gagnon was getting from the Gillmers. All I got was the ½ interest in this land which was undeveloped and which had not yet been paid off.

In April 2016, decided I wanted to try to build my mom a house. I talked to a loan officer about building a house on the property. Josephine & Keith Gillmer said they might sell me their ½ interest in the land.

The Gillmers still owed my ex-husband about $68,000 for the land. Mr. Gagnon made an offer to the Gillmers: if they were to pay him CASH of $30,000 he would forgive the rest of the escrow.

I made an offer to the Gillmers. I said I would buy their ½ for $130,000 and I would pay Mr. Gagnon the $30,000. Then when the house was finished and roll over into the mortgage loan, I would then pay $100,000.00 to the Gillmers.

The Gillmers refused my offer and Mr. Gagnon offer. The Gillmers continued to pay Mr. Gagnon the $530 monthly payment and I refused to talked to the Gillmers anymore. I felt that the Gillmers and my ex would try to stymie me, no matter what I wanted to do with my ½ interest in this land.

So I came up with an idea. I thought that if I transferred the land to Dorothy, she might be able to approach the Gillmers and would be able to sell the property without me.

2

Maybe this was a stupid idea but at the time I thought it was worth a try. So I transferred this land to Dorothy, without any payment, simply so that maybe she could get the property sold.

Here is the thing: Dorothy did not give me any money, she made no payments and she was never going to get paid any money for trying to help me make this deal happen. She was simply doing me a favor, as a friend, because she knows what I have been through and I have known her for years.

The way this whole foreclosure happened also cheated me. According to the Escrow Loan, Mr. Gagnon when the payment is 30 days delinquent should have terminated the account. (The last payment the Gillmer's made was August 30, 2019.) But I received NO information on the account being delinquent. If I had known the account was delinquent and a foreclosure was happening, I would have done something. But I never knew this was happening.

Apparently on 8/17/2020 a "Notice of Default and Notice of Sale" was recorded. But I DID NOT receive any Notice of Default and Notice of Sale. I did not know about the auction that happened on Nov. 18, 2020 until a family member told me about it.

I have no idea why no one send me the notice of default. I have had my mother's address since I moved in with her in 2016. That address is 4433 San Ernesto Ave. #112, Anchorage, AK 99508. I have also had the same phone number for over 15 plus years 907-529-2076. But no one ever sent me the foreclosure notice or called me about the foreclosure. (The Gillmers and Mr. Gagnon had my phone number.)

I've done nothing wrong, except ask for help from a friend. Because of the Gillmers' non-payment, the foreclosure happened and now I stand to lose my most valuable asset, simply because I had transferred the deed to Dorothy. This is totally unfair.

I don't know what it is you want. All I can tell you that I'm just a person that is trying to make a living for myself. If I did not answer your questions, Please make appointment for me to meet with you.

All my life I have worked hard and every step of the way I have gotten screwed!

All of the above is true and correct so help me God.

DATED this 4 day of April, 2021

By: *Rebecca Gagnon*
Rebecca Gagnon

This was mailed to the US Attorney in Alaska

&

Dorothy Delay-Wilson

On this date, first class mail.

_____. Dated: May 4, 2021

Rebecca Gagnon
4433 San Ernesto Ave. #112
Anchorage, AK 99508

United States District Court

Case No. 3:11-CR-0011-HRH